**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00913-CR

**EDWON KUMONT JULIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-45796-V**

## ORDER

The Court **GRANTS** court reporter Robin Benton's August 22, 2013 motion for extension of time to file the reporter's record and appellant's August 23, 2013 motion for extension of time to file the statement of facts.

We **ORDER** Ms. Benton to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
           JUSTICE